GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONNIE ELDER INTERNATIONAL, LLC, a Tennessee limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:07-cv-01181 ) ) Judge Trauger |
| ANDRA GROUP, LP a Texas limited partnership, individually and d/b/a HERROOM.COM; and TOMIMA L. EDMARK, | ) ) JURY DEMAND ) ) ) |
| Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

It appears to satisfaction of the Court, as evidenced by the signatures of counsel for the parties appearing below, that the parties have resolved all matters that have been and/or could have been the subject of this action, but request that the Court retain jurisdiction to enforce the Settlement Agreement reached by the parties.

It is, accordingly,

ORDERED, ADJUDGED AND DECREED that:

A. This action be and hereby is DISMISSED, WITH PREJUDICE;

B. The Court shall retain jurisdiction to enforce the Settlement Agreement reached by the parties; and

C. Each of the parties shall be responsible for its own attorneys' fees and costs.